Plaintiff's Name David W. Wilson
Prisoner No. K66474
Institutional Address CSATF-II/Corcoran, B1-9-2L
P.O. Box 5248
Corcoran, CA 93212-5248

**FILED**

4-18-2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. WILSON
*(Enter your full name)*

v.

LURA MERRIT, N.P.; CALIF. SUBSTANCE ABUSE
ABUSE TREATMENT FAC.; MONICA FISHBURN, JESSIA
HUFFMAN, CATHERINE CARLSON, RN's; S.THOMAS
LVN; E.JOHNSON SRNII; MELISE FRITZ, Chief RN;
GODWIN UGWUEZE, CME; CLARENCE CRYER, Jr., X-CEO;
CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION, et al.

*(Enter the full name(s) of all defendants in this action)*

Case No. 22-cv-02396-HSG
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

### I. Exhaustion of Administrative Remedies.
*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement <u>California Substance Abuse Treatment Facility at Corcoran</u>

B. Is there a grievance procedure in this institution?   ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _____

   _____

   2. First formal level: _____

   _____

*Prisoner Complaint (rev. 12/2020)*                                                                 Page 1 of 3

3. Second formal level: SATF-HC-1900421 5/20/2019; SATF-HC-19000035 7/22/2019; SATF-SC-19000052 9/19/2019; SATF-HC-20000106 4/2/2020

4. Third formal level: SATF-HC-1900421 7/9/2019; SATF-HC-1900035 10/22/2019; SATF-SC-1900052 1/19/2020; SATF-HC-20000106 7/7/2020

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

B. For each defendant, provide full name, official position and place of employment.
LURA MERRIT, Nurse Practioner, SATF B-Fac.; CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, Public Entity of CDCR in Corcoran Calif.; MONICA FISHBURN, JESSIA HUFFMAN, CATHERINE CARLSON ALL Registered Nurses SATF; S.THOMAS, Licensed Vocational Nurse SATF; E.JOHNSO, Supervising Registered Nurse II SATF; MELISA FRITZ, Chief Registered Nurse SATF; GODWIN UGWUEZE, Chief Medical Excecutive SATF; CLARENCE CRYER, Jr., X-Chief Executive Officer SATF; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, Public Entity State Administration of Prisons in Sacramento CA.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

CLAIM I. Deliberate indifference cruel and unusual punishment to medical care. 5/11/2019 seen RN Fishburn for med Issues & No Confidentia Exams in Chapel, & Fishburn call out to RN Huffman as Dr., for RENEWAL Egg Create Mattress making RN Huffman Dr., & RN Fishburn REFUSED to examine for Pain & Suffering to continue. Seen NP Merrit 2/24/2019 & she REFUSED discussing

Medical Issue's of Health Request, & only spoke to feet, allowing continual Pain & Suffering. Filed grievance 3/21/2019, & SRNII Johnson interviewed 4/26/2019, & Ignored PLATA SETTLEMENT shown for Sick-Call seen by Dr., & NP. Merrit & RN's Fishburn & Huffman denial of treatment, & Johnson denied 2nd Level for continual cruel & unusual suffering, & Signed by Clarence Cryer, CEO No [X] intervention. 6/6/2019 received DUCAT PASS for Clinic & RN States: FECAL Test, & I explain seen NO Medical Staff for & Who Ordered, & RN states LVN Thomas, & I ask for REFUSAL Form to wrtie above, & C/O Rodriquez states He Will FILL OUT, & Get the Hell Out. 6/20/2019 filed Grievance for deliberate indifference & LVN Thomas & Rodriquez Not handle my Med. Documents or Order Treatment. 6/12/2019 submitted Health Request & Not seen by LVN Thomas or RN Carlson for seen her behavior towards prisoners, & Requested for DIZZY & Severe Tension Headackes. 6/14/2019 at Clinic C/O Rodriquez keep Door-Locked 5 minutes 103 degrees outside. And RN Carlson hostile to me, & denied to See Dr. for cruel & unusual punishment, & 7/7/2019 filed grievance 'Group Class,' for Carlsons behavior & discriminations. 12/12/2019 given New Title 15, with Guidelines for Cocci Valley Fever, & filed Group Class against NP Merrit for she had sought retaliations for grievance prior on her, & did Not have myself or Group sign Waivers to remain in SATF Cocci-2 area, & she NP Merrit did Not consult a Physician pursuant Mew Rules for Asssment, Diagnosis, & Evaluations, for she does Not listen to Patients, & many times Misdiagnosis, & High Risk & Older Blacks were suffering from her inadequate treatments.

CLAIM II denail of Equal Protection for Cocci/Valley Fever retention by Defendant Merrit & Institutional & Headquaters Review for grievance filed 1/23/2020 on Merrit & denied Medical.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

1. Declaratory judgment; 2. Temporary & Injunctive Relief. 3. Plaintiff, all high risk African Americans & 55 or older, & any african american does not sign waiver remain SATF/Cocci 2 area shall be removed within 60 days. 3. SATF B.Fac. shal have Finer Air-Filters entrance Door's Bldg's 1,2,3. & shall have Higher efficiency H-VAC Filteration System Bldg's 1,2,3. 4. SATF B-Fac. shall have High-Grade Soil Selant on all Yard covered 180 days or applies all SATF.4. Plaintiff given DME appliances. Plaintiff & Africain Americans excluded form SATF Cocci 2 aarea. 5. Not examine by Defendants. 6. Trailer brought B-Fac. for Speciality Dr's & P.Therapy.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: April 13, 2022      *[signature: David W. Wilson]*
                 Date                              Signature of Plaintiff

David W. Wilson, K66474
CSATF-II/Corcoran, b1-9-2L
P.O. Box 5248
Corcoran, CA 93212-5248
  In Pro Per Paralegal

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

   Plaintiff,

v.

LAURA MERRIT, Nurse Practioner;
CALIFORNIA SUBSTANCE ABUSE TREATMENT
FACILITY at CORCORAN (SATF); MONICA
FISHBURN, JESSICA HUFFMAN, CATHERINE
CARLSON, Registered Nurse(s); S.THOMAS,
License Vocational Nurse; E.JOHNSON,
Supervising Registered Nurse II (SRNII);
MELISSA FRITZ, Chief Nurse Executive (CNE);
GODWIN UGWUEZE, Chief Medical Executive
(CME); CLARENCE CRYER Jr., X-Chief
Executive Officer; A.RODRIQUEZ, Correctional
Officef; CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, et al.,

   Defendant's.

No. 22-02396-HSG

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF FOR
IMMINENT DANGER FOR INADEQUATE
MEDICAL HEALTH NO DOCTOR B-
FACILITY CLINIC WHERE NURSE
PRACTIONER MISDIAGNOSE AND
VALLEY FEVER PRISON RETAINS
AFRICAN AMERICANS FOR
MORBIDITY AND DEATH AND NO
MITIGATION OF INHALATION
COCCI FUNGUS SPORES

42 U.S.C. §1983
(Civil Rights Action)

   Plaintiff WILSON alleges as follows:

   This is civil rights complaint for Injunctive and Declaratory Relief for imminent Danger for Inadequate Medical Health No Doctor B-Facility Clinic, Where Nurse Practioner Misdiagnose and Valley Fever Prison Retains African Americans for Morbidity and Death and No Mitigation of Inhalation Cocci Fungus Spores. At California Substance Abuse Treatment Facility at Corcoran (SATF), where Nurse Practioner (N.P.) Merrit & Nurse(s) violate Cal. Code Regs. (CCR) 3999.146(a) Assessment, (2) Diagnosis, (6) Evaluation & violate state & federal laws of deliberate indifference for Eighth Amendment, by denying once proscribed medications, appliances, and Orders Test, Blood Test, Physical Therapy, ect, and <u>most</u> times 'Not' seen or spoke to Plaintiff & 'Group

1

Class,' and many times 'misdiagnosis' for Harm & Future Detriment and Not consulting a Physician CCR 3999.133(b) co-management, and violates SETTLEMENT Agreement PLATA "Sick-Call with (doctor)." 'Not' Nurse Practioner. Plaintiff filed grievance(s) and suffered more 'Test' in retaliation in 2019, and December B-Facility received Title 15, 2019, with (New Rules) Medical Health Care, concerning Cocci ('Valley Fever') CCR 3999.410 (b) Patients who decline the Cocci Skin Test (CST) may be medically restricted from Cocci-2 area based on other criteria; CCR 3999.411(a)(2) Waivers for medical
   restrictions from Cocci-2 shall be invalid when patients either have a negative
   cocci skin test or become medical high risk; CCR 3999.411(a)(7) All waivers shall
   be honored until rescinded by the patient or until the patient developes a
   condition which prevents medical restriction from Cocci-2 area from being waived.
At SATF No Finer Air-Filters at Doors & Special H-VAC Dorm Filtration System for prevention, & creates increased High Risk for Cocci/Valley Fever vulnerable African Americans & plaintiff for imminent danger. The plaintiff & 'Group Class' have 'Not' Signed Waivers to remain at SATF, and rescind for Medical Staff, Nurses, ect Trained 2 weeks yearly by Prison Guards & Guards behavior that Inmate/Patients (IPs) are Enemies, for Guards/Counselors/Staff 90% Mexican/Hispanic practice White Supremacy & implicit bias treatment that plaintiff African American nationality, & others skin color Black. They Mexican/Hispinic are at W A R with & the systemic racism is accepted for discrimination & No Equal Proctection of Fourteenth Amendment for Valley Fever and Medical Care by Nurses, SATF, CDCR, & having disparate impact for practice that adversly affects Plaintiff & Others. And with advent of COVID-19 infections, Valley Fever ignored. Also B-Fac. Level 2 Medium Custody sent by Golf-Cart not meeting Vehicle Code to Level 4 Maximum Security Central Treatment/Torture Center (CTC) for Eye Dr's, Podiatrist, & Physical Therapy, & X-Rays for Maximum Security Harassment, & why Refusals of above & Treatments, & at Non ADA Compliant Yard with Asphalt 80% Track & "Not Cement" & 6 inch Grove/Ruts causing Wheel-Chairs & 4-Wheeled Walkers to fall in. The plaintiff sought state courts & CA Supreme Court No. S264271 10/21/2021 denial.

2

## II. JURISDICTION

1. This is civil rights action under 42 U.S.C. §1983 to redress the deprivations under color of state laws, privileges and immunities guranteed by the First, Eighth, Fourteenth Amendment's of the United States Constitution, and Title II of ADA 1990; 504 Rehabilitation Act 1973, amended [29 U.S.C. 794] 28 C.F.R. 35.

2. This Court has jurisdiction over plaintiff's action for declaratory relief pursuant to 28 U.S.C. §2201 and Rule 57 of the Federal Rules of Civil Procedures.

3. Venue is proper in the Eastern District of California under 28 U.S.C. §1391(b)(2) because of the issue's, claims occured at SATF, that falls under Plata court Issues.

## III. PARTIES

4. Plaintiff Wilson is incarcerated at all revelant times to this action a convicted prisoner incarcerated in the California Department of Corrections (herein after CDC), at California Substance Abuse Treatment Facility-II (herein after SATF).

5. Defendant(s) Laura Merrit, Monica Fishburn, Jessica Huffman, Catherine Carlson, S. Thomas, Nurse's, and E. Johnson Supervising Nurse II, and Melissa Fitz Chief Nurse Executive, Godwin Ugwueze Chief Medical Executive, Clarance Cryer Jr., X-Chief Executive Officer, A. Rodriquez Correctional Officer, 'All' are sued in their individual and official capacities.

6. Defendant(s) CSATF and CDCR at all relevant times is sued in offical capacity.

## IV. FACTUAL ALLEGATIONS

7. February 10, 2019, plaintiff had submitted Health Request, Exhibit SATF(H) for ('RENEWAL') EGG CRATE MATTRESS or given Premimum Gel Guard mattress, for 1) Prior gave CMF, Exhibit 7(G)4, 9/12/2006, & Can 'Not' Sit-Up under Small Bunk Bed to exacerbate Neck Injury, & Non ADA Compliance Bunks, & 2) Locker on Floor causes 'Not' able to Bend down & Fall, 3) "metal Slab Bed with above cause Cannot rest Sleep more than 2 hours from Severe PAIN on Body Touch Points Shoulders/Hips/Low & Upper Back from Degenerative Disk Disease, Exhibit 7(F)54, CDC 128-C Chrono 11/16/2005. Request Dr. as DUTY STATEMENT, Exhibit's PS, PS1, & Plata SETTLEMENT, Exhibit's G, G(1), G(2), and

3

bottom SATF(H) Request not to be PARALIZED, & filed Health Request, Exhibit SATF(H)1, seen by ('Podiatrist/Foot Dr.') for Replacement PROFET Style 15EE <u>ORTHOTIC Boots & Sandals</u> for Severe PAIN Right Back to middle Thigh to Low Back cause Walk slow or may Collapse/Fall & every 10 to 50 ft. must STOP & keep pressure off Foot, I limp or Rool-Foot, & now Boots Out-of-Line, & cannot Wear Boots in Unit/Yard/Cell & Feet need to breath.

8. February 11, 2019, plaintiff seen RN Fishburn, & explained Med. Issues and Uncontrolled Urinating 4 to 7 Times nightly & Defecating cloths, & 'No' Confidentality & RN stated to many [I]ssues & <u>would Not physically examine,</u> allowing continual cruel & unusual punishment, & RN Fishburn called out to RN Huffman for RENEWAL Egg Create Mattress, as Dr for her Huffman to diagnose as Dr. for denial of relief to prevent Pain & Suffering allowing continued cruel & unusual punishment, Eighth Amendment.

9. February 13, 2019, plaintiff submitted two Health Request, Exhibit SATF(H)2, to see Male Nurse & Dr., & be moved somewhere 'I have access Toilet like Cells. Cannot control urinating 4 to 7 times Night & day also & defacate myself for distance Toilet to far, & smell offends & disrespect others, & Dorm is a problem. Request No Tuskegee Test, Blood Draws, X-Rays or sent CTC in Golf Cart as Level 2 inmate & Not Level 4. Request No CCR 3004(c) discrimination AGE, GENDER, RACE, 60 years Old Black Male & Block Training is bias. Exhibit SATF(H)3 Throbbing Headackes & DIZZY, & Severe Back Neck PAIN, Bend. 'All' Med. Staff wear <u>No Badge Insignia</u> CCR 3393(c), & 2) Could Not Talk in Confidentality for Medical in Chapel & 7 other Inmate/Patients LISTENING & 2 C/O's, & 3) RN Huffman No Dr., for "No Dr's SATF-II," & violates CCR 3354(a) Scope of licensure; <u>Toussaint v. McCarthy,</u> 801 F.2d 111-12 (9th Cir.1980) deliberate indiference. SEE RN Registered Nurses DUTY STATEMENT, Exhibit's RN, RN1, & LVNs, Exhibit's LVN, LVN1, LVN2.

10. February 24, 2019, plaintiff seen LVN Goso & NP Merrit, & No Badege Insignia, & plaintiff "heard 5 inmates conversations & Med. Interviews, & wrote down names." NP Merrit 'only choose to discuss Foot Issues & ignored other [I]ssues in Health Requests,

4

& plaintiff explained 1/31/2019 Inital Interview B-Fac. had discussed Foot, & when Plaintiff leaving Clinic called Back again citing HIGH BLOOD PRESSURE, & plaintiff explained MP Merrit & RNs No Insignia or for Automatic Chair BP Place-Arm-Thru Machine the RNs could Not place BP Cuff 'Tight' when ask RNs name, & ?? Question if Face-Scan Temp. Checks as other prisons, & CLEAN Figner Pulse Machine for No Sepsis. NP Merrit allowed Eighth Amendment conditions to continue without attempting quality assurance.

11. March 21, 2019, plaintiff filed Health Care Grievance for above, Exhibit's SATF (H)5, SATF(H)6, 602-HC, 602-A-HC, & ASSIGNEMENT was Issued 3/27/2019 Sec. B., SATF(H) (5), & 3/28/2019, NP Merrit called in for reprisal CCR 3999.26(e), & claim Facade to Feet, & plaintiff requested C/O Rutlege present preventing First Amendment violated rights, & plaintiff spoke of Med. Issues, & No Confidential Exam & Left, & C/O Rutledge came outside & states NP Merrit claim REFUSAL, & 4/4/2019, plaintiff requested CNE Fritz, Exhibit SATF(H)7, SATF(H)8, for B-Fac. "Compliance Badge Insignia" & SRNII, III, for SRN's DUTY STATEMENT, Exhibit's SRN, SRN1, SN2, for 'Compliance Confidentality' at SRN 40%, and of above deliberate indifference for Eighth Amendemnt.

12. April 10, 2019, plaintiff sent Letter & Exhibit's CALIF. DEPARTMENT OF PUBLIC HEALTH, CENTER FOR INFECTIOUS DISEASE, Exhibit SATF(H)9, of Conditions, & lines 17-27 denial of Medical Care, & BLACK MOLD, & Cocci (Valley Fever) exacerbates HEALTH HAZARD, & violate Title 17, at Edidemological RISK FACTORS, Exhibit's T17(1), (2), (3), T17(4), T17(5), (6), (7), & plaintiff states at SATF(H)9 lines 8-11 The "Water is Recyled at CSATF, & with OVER-CROWDING reduction of THREE-JUDGE PANEL to Reduce to 137.5% & CSATF at 163.2% & Title 24 470A.2.8 (a minimum of 70 square feet for a double -bed unit) & CSATF-II, B-Fac. has 7 Bunks instead of 3 to cause Toilets used beyond capacity. And at lines 14-21 WATER, Maximum Contaminant Level (MCL) that is allowed in drinking water. Is Violated for Public Health Goal (PHG) The level of a contaminant in drinking water below which is no known or expected risk to health. Is 'NOT' being monitored correctly for Maximum Residual Disinfecant Level (MRDL). This additional disinfecant to control 'SO MUCH PARASITES,' may be whats causing myself

5

& others similarly situated Older African American prisoners to have (UnControlled Urinating 4 to 7 times Nightly & during the day that cause Defecating ourselves). I have brought this to the Medical Health Care, Yet! there are 'No' Doctor's on B-Fac. & 'Only' Nurse Practioner & other Nurse's & they ignore our request for the Medical Clinic is in The Chapel., & lines 28-29 some Guys have RASHES, & Nurse's B-Fac./CSATF attempt to subvert our health Issues. PLEASE! Help.  Plaintiff received No response.

13. April 26, 2019, plaintiff seen E.Johnson, SRNII, & explained above & <u>Plata</u> Exhibit's G,G(1), G(2), & he responded Exhibit SATF(H)8, Section B., and later plaintiff spoke to several times at Clinic, & he ignored & allowed continual Eighth Amendment cruel punishment for adequate medical treatment.

14. May 22, 2019, plaintiff received Institutional Level Response, Exhibit's SATF(H) 10,, SATF(H)11, (H)12, denied by C.Cryer, CEO, [X] No intervention, & violated DUTY STATEMENT, Exhibit's CEO, CEO1, CEO2 at 30% to allow continual Eighth Amendment cruel & unusual punishment, and June 7, 2019, IAC Council-Healthcare Meeting, at 3. Agenda Item; <u>PATIENT PRAVICY</u>, is <u>not</u> protected, resulting in daily HIPPA violations, Exhibit's SATF(I)10, SATF(I)11.

15. July 16, 2019, later received Headquaters Review, Exhibit's SATF(H)12a, SATF(H) 12b, SATF(H)12c, [X] No intervention, & duplicates other 602-HC's allowing continual cruel & unusual punishments, & violates DUTY STATEMENTS, Exhibit's DD, DD1, DD2, & 7/24/2019, the plaintiff called to Work-Exchange for Crisis Treatment/Torture Center (CTC) for 'Blood Draw' & No Medical Staff having Not seen or spoken to, & REFUSED Form CDC 7255, Exhibit SATF(H)12d, for retaliations to First Amendment rights, & continued retaliations for Medical Treatments, 7/26/2019, & 7/29/2019.

16. June 6, 2019, plaintiff DUCAT PASS to Clinic, & ask ? Why & LVN states: FECAL Blood test, & Requested 'Who Ordered,' & LVN states: LVN Thomas, & plaintiff states: "She is Not my PCRN or NP or Dr., & Out of Scope of Licensure, CCR 3354(a)," & ask for REFUSAL Form to write Why Refused, & C/O A.Rodriquez states; I will Fill-Out, & Get the Hell out of here. And June 20, 2019, plaintiff filed grievance, Exhibit's  SATF(H)

6

15, SATF(H)16, deliberate indifference, & LVN Thomas 'Not' Order Medical Treatment, Review Med. Files & C/O A.Rodriquez 'Not' Sign plaintiff's Medical Forms, as part of First Amendment retaliations to grievance herein.

17. July 22, 2019, plaintiff received Institutional Level Response, Exhibit's SATF(H)16b, SATF(H)16c, by SRNII, E.Johnson, & CEO Cryer, No [X] intervention where LVN Espinosa wore No Badge Insignia, and Omitted actions that happened, & October 22, 2019, plaintiff received Headquaters Review, Exhibit's SATF(H)16d, SATF(H)16e, by S. Gates, Chief Health Care Appeals, as No [x] intervention & Interviewed LVN's K. Expinosa & S.Taunton, who did 'Not' Order Test, or told to Get the Hell out Clinic as he C/O A.Rodriquez, for deliberate indifference by Headquaters.

18. June 12, 2019, plaintiff submitted Health Request, Exhibit SATF(H)14, Seen by Medical Dr., for DIZZY & Severe Tension Headackes & Request C O O L I N G Measures, from HEAT, & Not seen by RN's Carlson or LVN Thomas, or shows Court Grant EMERGENCY ENFORCEMENT & PROTECTION, for HEAT, & June 14, 2019, DUCKAT PASS to Clinic, & C/O A. Rodriquez Keep Door-LOCKED 5 minutes in 103° HEAT. RN Carlson denys to see Dr., for her antagonistice behavior towards plaintiff, & confrontational as REFUSAL, to Target plaintiff & other African Americans deying to See Dr's, by hostality for race based discrimination.

19. July 7, 2019, plaintiff filed 'group Class,' COMPLAINT against RN Carlson, Exhibit's C(RN), C(RN)1, C(RN)2, C(RN)3, for Not seen by R.N., Carlson for Medical Interviews, Exams, Dispensation Meds, & Appliances, & diberate indifference for imminent danger denying access to Medical Dr's or Providers, & cruel & unusual punishment.

20. September 13, 2019, Institutional Level Response, Exhibit's C(RN)13, C(RN)14, [X] did not violate Policy, by SRNII, Johnson, & CEO Cryer, Witness S.Thomas, for continual cruel & unusual punishment. As 1/14/2020, received Headquaters Response, Exhibit's C(RN)15, C(RN)16, [X] No intervention by S.Gates, Chief health Care Appeals, for continual cruel & unusual punishment, & imminent danger denial to see Dr's.

7

21. December 12, 2019, B-Fac. gave 2019 Title 15, Exhibit T, & (New Rules) medical Health Care, & pages 358, 359 concerns Cocci ('Valley Fever'), Exhibit's T358, T359 at CCR 3999.410(b) Patients who decline the Cocci Skin Test (CST) may be medically restricted from Cocci-2 area based on other criteria. T358, & CCR 3999.411(a)(2)

Waivers for medical restrictions from Cocci-2 area shall become invalid when patients either have a negative cocci skin test or become medical high risk.

& CCR 3999.411(a)(7) All waivers shall be honored until rescinded by the patient or until the patient developes a condition which prevents medical restrictions from the Cocci 2 area from being waived.

(A) Patients shall be transferred to an intermediate institution out of Cocci 2 area within 60 business days from date the patient rescinds the waiver,

Exhibit T359, as (Prison Law Office), Info 2019, Exhibit's VF2, VF3 (SATF) African Americans "higher risk of getting very sick." SEE hereto attached Plata v. Brown, U.S. Northern District Court, No. C01-1351-TEH, ORDER June 24, 2013, 18 pages at Opinion pages 5 through 17, at I. BACKGROUND page 6 and at page 7, California, most cases emanate from the southern San Joaquin Valley." id. at 2, [**22] Eighth prisons are located in California's hyperdemic region: ASP, PVSP, . . . . . .; the Substance Abuse Treatment Facility and State Prison at Corcoran ("SATF"). As plaintiff Requested to Counselor at Reception, & Classification at Chrono cites Cocci 2, Exhibit's SATF13, 14.

22. December 31, 2019, plaintiff "Fell in Deep Rut 3 inches when going to Path-of Travel on Cement Walkway to Yard Toilet & Incontience & at 80% Asphalt Rut, & 4-Wheel Walker (Wheels Broke) due to ('Non-ADA') Compliance Yard, Exhibit SATF(AD) Health Request.

23. January 11, 2021, plaintiff submitted Health Request for CERVICAL PILLOW (Replaced) & Hand Grips on Walker (Replaced), Exhibit SATF(DME), Grips given & Broke, Padded Knee-braces, & No CERVICAL PILLOW for Neck Bone Crushed before & Stops PAIN.

24. January 23, 2020, plaintiff filed 'Group Class' Health Care COMPLAINT on Nurse Practioner, Lura Merrit, Exhibit's LM, LM1, & Group signatures of Ederly & 'High Risk' Exhibit's LM2, LM3, & Responsibility Form 1858, LM3a, & any Interview 'Not' held in CTC where Level 2 Inmate's placed in Level 4 Max. Security under Escort, & transferred

8

by "Golf Cart without any SEAT BELTS to meet Vehicle Code." And at Exhibit LM, CCR 3999.231 Nurse Practioner Lura Merrit REMOVED permanently working B-Fac., & Not work CTC to assess, diagnosis, evaluation Plaintiff & Group Class, or review medical records, & seen by medical Doctor only. Merrit not Med. Dr., Not listening Inmate/Patients (I/Ps) CCR 3999.146(a)(1) Assess, (2) Diagnosis, (6) Evaluation, & denys 3999.390(a) DME/Appliances once proscribed & Medications, & <u>Orders Test, Blood Test, Physical Therapy,</u> ect 1/3/2020, Exhibit R8 REFUSAL TREATMENT, & 'Not' spoke to Plaintiff & Group Class, & <u>many</u> times <u>misdiagnosis,</u> & 'Not' consulting a Physican CCR 3999.133(b) co-management, & takes CCR 3999.226(e) Staff <u>shall not</u> take reprisal against the greivant for filing a Health Care Grievance, Exhibit's SATF(H)5, SATF(H)6 herein supra, & violates ART-22, Exhibit's ED1, ED19, ED21, ED22, ED23, ED24, for Merrit keeps Plaintiff I/Ps in SATF <u>violating</u> CCR 3999.410(b) CTS may be medically restricted from Cocci-2 area based on other needs. Valley Fever Merrit <u>has Not</u> had I/Ps <u>sign</u> Waiver & CCR 3999.411(a)(4)(7) & <u>transferred</u> for most are Black & Merrit <u>reverse discrimination</u> CCR 3004(c), & deliberate indifferent & Eighth Amendment.

25. March 12, 2020, G.ugweze, CME Interviewed plaintiff for COMPLAINT Merrit, and 4/6/2020 plaintiff received Institutional Level Response, Exhibit's LM5, LM6 [X] No intervention by G.Ugeweze & someone <u>Signing</u> for C.Cryer, CEO denying cruel and unusual punishment of Eighth Amendment & deliberate indifference, LM5, LM6, LM8, ADA/Patient Summary.

26. April 15, 2020, plaintiff responds Exhibit's LM1, LM2, Sections C., of Supervisor's requirements, and Assessment of existing Care Team Members, & Plaintiff CPAP Breathing Machine & other needs, & Group Signers High Risk & Cocci-1, & NP Merrit sought continued 'Harassment,' & 2/13/2020, Exhibit R9 REFUSAL TREATMENT for reprisal Test to 602-HC, Exhibit's LM, LM1.

27. July 7, 2020, plaintiff received Headquaters Review, Exhibit's LM11, LM12, LM13, someone <u>signing</u> for S.Gates, Chief Health Care, for imminent danger continual cruel and unusual punishment of Eighth Amendment by implicit bias & discrimination.

9

28. July 14, 2020, plaintiff sent Letter to Equal Employment Opportunity Commission (EEOC), Kings County, Exhibit EOC, for Investigation CSATF B-Fac. Employment Discrimination Latinos 90% Staff & Train Medical Staff' Inmate/Patient Enemies & Blacks/African Americans Denied Adequate Medical Care for Disparate Impact & DIscrimination by Nurses violate Title VII & Equal Protection. No response from EEOC.

29. July 29, 2020, plaintiff filed habeas corpus, kings county superior court, against Nurse Practioner, Lura Merrit & SATF-II, et al., for Medical Denials & COMPLAINT herein, and Denied July 29, 2020, Exhibit's C1, C2, not filed in 1 year & exhausted administrative remedies.

30. August 11, 2020, plaintiff Petitioned for Review, court of appeals, & Denied August 25, 2020, Exhibit CALM, and August 31, 2020, plaintiff Petitioned for Review california supreme court, No. S264271, & Denied October 14, 2020, Exhibit CSLM17.

31. Plaintiff having brought Multiple [I]ssues including herein to U.S.N.D., Court, May 27, 2019, case July 17, 2019 transferred U.S.E.D., Court, No. 1:19-cv-00970-DAD-GSA (PC), Dismissed Without prejudice February 19, 2020. Plaintiff First Amendend July 28, 2021, and case Closed, and August 26, 2021 plaintiff filed Structural Injunction, THREE-JUDGE PANEL, Exhibit's 3JPS1, 3JPS2, 3JPS51, 3JP352, and CLERK 8/27/2021 sent Letter, Exhibit 3JPS54 instructions for filing complaint, with U.S.N.D., 1983 Form, Exhibit 3JPS55.

32. March 9, 2020, plaintiff REFUSED TREATMENT, Exhibit SATF(H)22, all Treatment unless Single Cell to access Toilet; Renew Cervical Pillow; Fix Walker Handles; Renew Dark Gren Glaucoma Glasses.

V. LEGAL CLAIMS: FIRST CAUSE OF ACTION
(Cruel and Unusual Punishment-Deliberate Indifferent Valley Fever/Medical Conditions)

33. Defendants have violated plaintiff's rights to have intentionally inflicted severe physical suffering & expossure to Fungus Spores Inhalation for morbidity and Death, by their deliberate indifference and being aware of the inhumane conditions plaintiff exposed to over 3 years, as described in paragraph's 7. through 32.

10

## SECOND CAUSE OF ACTION

(First Amendment Retaliation)

34. Defendants have violated plaintiff's First Amendment rights in that his speech was repressed for exercising and engaging in legal paralegal/jailhouse lawyer activities, related to constitutional protected rights, and activities & were not for any illegal purpose whatsoever. This retaliatory action did not advance legitimate penological goals and was taylored narrowly enough to prevent from acheiving any constructive goals.

## THIRD CAUSE OF ACTION

(Fourteenth Amendment Equal Protection and Eighth Amendment Conditions)

35. Plaintiff re-alleges & incorporates by referrence all previous paragraphs of this complaint. Defendants have violated plaintiff & other similarly situated guaranteed rights by Fourteenth and Eighth Amendment's to U.S. Constitution for access to adequate medical doctor's, and medical facility, that does not threaten physical well being of morbidity and death by inhalation of cocci fungus spores as Valley Fever, without facing Higher Risk of getting very Sick as specific race designated to meet Plata Settlement and Court Orders, for medical denials, and SATF and CDCR non-compliance to its own rules & regs. Are not reasonable related to any legitimate penolaogical interest for medical assessment, diagnosis and evaluations, where over-crowding is a primary reason to retaining African Americans in a hyperdemic cocci fungus prison witout adequate shelter conditions.

## FOURTH CAUSE OF ACTION

(Federal Equal Protection Clause)

36. Defendants have denied plaintiff and others equal protection of the law as guaranteed by the Fourteenth Amendment of the U.S. Constitution by intentionally discriminating against him & others similarly situated based on increased risk severe cocci disease that includes ethnicity of African Americans as plaintiff to be excluded from race-based housing that distinguishable under Plata Courts policy of membership.

11

37. Defendants have discriminated against plaintiff based on his membership in a racial group in violation of the International Convention on the Elimination of All Forms of Racial Discrimination, which entered into force in the United States on November 20, 1994.

## FIFTH CAUSE OF ACTION

(State Equal Protection Claim)

38. Defendants have violated and denied plaintiff equal protection of the law as guranteed by Article 1, section 7 of the California Constitution by intentionally discriminating against him and others similarly situated based on his membership in a suspect class.

## SIXTH CAUSE OF ACTION

39. Supervisory defendants have a duty to establish policies and procedures for the administration of SATF. Staff of supervisory defendants have a duty to perform an execute their duties in a manner consistent with state and federal law. Supervisory defendants have a duty to train and supervise subordinate employees for medical care and treatment and compliance with court orders. Supervisory defendants were deliberately indifferent to the violations of plaintiff's rights described herein.

40. Supervisory defendants breached their duties to legally admister the prison, and train and supervise subordinates where plaintiff's rights were violated, as result of inadequate medical care at non-ADA facility Yard, medical facility not meeting evolving standards of decency that mark a maturing society, medical adequate treatment, and court access meaningful without retaliation, and for adequate procedures for prior Settlements of this separate action or pending actions, and as result of defendants acting in violation of defendants policies customs and practices, to the extent supervisory defendants have created a immident danger housing and medical, where supervisory defendant's had actual & constructive knowledge of the violations and did nothing to prevent or correct them.

12

PRAYERS FOR RELIEF

WHEREFORE, plaintiff respectfully prays for the following:

1) A declaratory judgment that the defendants acts an practices described herein violated plaintiff's rights herein stated.

2) A Court appointed Special Master or Receiver for this case and SATF who shall oversee case for preliminary and permanent injunction, to supersede all position controls and bargaining agreements, for amount of staff, medical, custody, prisoners housed for exclusion of cocci area, and 3,424 Design capacity/137.5% allowed inmates.

3) Plaintiff and all High Risk African Americans shall be removed SATF/Cocci-2 Valley Fever area within 60 days, (a) Any African American age 55 or older shall be removed SATF/Cocci-2 area within 60 days, (c) Any African American that does not sign waiver to remain at SATF/Cocci-2 area shall be removed within 60 days.

4) Ordered SATF B-Facility shall have Finer Air-Filters entrance Bldg's 1, 2, 3, to remove cocci fungus particles within 90 days, (a) SATF B-Facility shall place Higher Efficiency H-VAC Filtration System building 1, 2, 3, to remove cocci fungus particles, within 180 days, or applies all facilities SATF.

5) Order High-Grade Soil Sealant on all B-Facility Yard covered to control cocci dust spores within 180 days, or applies all SATF.

6) Order Plaintiff shall be sent CIM West D-Facility single cell, or override to Level 3 prisons single cell CSP-Solano A & B Fac's, or R.J.Donovan B-Fac., CMF-Vacaville units T,U,V single cells, or sent General population Level 3 single cell, and applies all African Americans excluded B-Fac. SATF cocci-2 area Valley Fever.

7) Plaintiff shall be transferred by Special Lift Van only, and all stored property connex 21, and personal property shall be inventoried next prison.

8) Plaintiff shall be given Egg Create mattress or electric Air-Mattress, (a) Cervical Pillow, (b) Wedge Pillow, (c) Hand-Grips for Walker, (d) Dark Wrap around Glaucoma Glasses, (e) Access to single cell for Incontience not go distances to tiolet.

9) Plaintiff and B-Facility shall be seen by medical doctor only 5 days a week, (a)

13

doctor shall be american born citizen.

10) Ordered plaintiff and B-Facility prisoners shall not be sent Level 4 Maximum Security CTC for podiatrist, optometrist, optomologist, physical therapy, x-Rays, (a) B-Facility shall have Portable Wheeled-trailer placed on yard front of medical, and (b) Optomologist, optometrist shall be in trailer and shall have machines of distance, eye pressure, feild screen, portable, and portable X-Ray, with space for podiatrist, physical therapy use weekly monthly examinations.

11) Order Nurse Practioner Merrit shall be removed working B-Facility permanently and not wotk CTC, TTA, (a) to include not working above areas Nurse's Fishburn, Huffman, Carlson, and LVN Thomas, and Correctional Officer A.Rodriquez.

12) Order all medical staff B-Facility shall wear Badge Name Insignia, and Camera Viewing conformation purpose, (a) $200 a day Fine non-compliance.

13) Order listed defendant's shall not examine or interview plaintiff, (a) listed defendant's shall not sit plaintiff committees, RAP Panel, or respond plaintiff's grievances, and shall not handle plaintiff's medical or personal property.

14) Ordered yealy Block Training medical staff shall be for supervisor's only, whom shall pass on training to subordinates.

15) ORDERED SATF and B-Facility shall racially diversify all Mexican/Hispanic staff, C/O's, SGt's, Lt's, CCI's, CCII's, C&PR'S, Auditor/CSR's, A.W's,, MA's, RN's, LVN's Cooks, Laundry Staff, Appeals Coordinator's, Litigation Coordinator's, License Clinical Social Workers, to 40% diversified within 2 years or Sanctions.

16) ORDERED SATF diversified shall include Other races and African Americans born U.S., and not valley-fever cocci 1, 2 positive to fill 40% percent positions, (a) given double pay up to 3 years and housing and transportation stipend.

17) Plaintiff shall be given Protection Order all personal property, law books, legal papers, appliances & medical, for fabricated Note, Threat, or staff manufactured Eneny, Informant, weapon planted, contraband, drugs in bunk, or staff concocted risk to place in segregation/ASU, (a) Any an all allegded enemies, informants, staff

14

involved, (b) All enemies/informants shall be placed in ASU until adjudication and sent Pelican Bay State Prison, (c) If plaintiff placed in ASU shall be given electric outlet for C-PAP, and given typewriter & 6 ribbons & line-outs, and TV and Cable, with all vitamin & minerals, bone building supplements, (d) In Camera Interview.

18) Enforcement ORDER be issued for SATF to comply with any sections of 1) to 16); any non-compliance over 30 days that $3,000 a day be placed in plaintiff's trust account without any holds, copayment fees not applied to plaintiff.

19) For reasonable attorney's fees and cost of suit, including expert fees, pursuant to 42 U.S.C. §§12205, §29 U.S.C., §2671(a)(3), Cal. Civil Code §§52(a), 54 3(a), 55 Cal. Code of Civil Procedures §1021.5, and other laws.

20) For such other and further relief the Court deem just and proper.

Dated; April 13, 2022.                    Respectfully submitted

                                          *[signature]*
                                          David W. Wilson
                                          Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff David W. Wilson hereby demand Trial by jury.

## VERIFICATION

I David W. Wilson, state:

I am the Plaintiff for Complaint for Injunctive and Declaratory Relief for Imminent Danger for Inadequate Medical Health No Doctor B-Facility Clinic where Nurse Practioner Misdiagnose and Valley Fever Prison Retains African Americans for Morbidity and Death and No Mitigation of Inhalation Cocci Fungus Spores, and the facts stated therein are true of my own knowledge, except as to those matters that therein stated on my own information and belief, and as to those matters I believe them to be true and correct, and that this Declaration was executed at California Substance Abuse Treatment Facility at Corcoran State Prison, this day.

April 13, 2022.                           *[signature]*

15

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(CALIF. CCP s 2015.5)

I, David W. Wilson, declare:

I am over 18 years of age and a party to this action. I am a resident of California Substance Abuse Treatment Facility at Corcoran State Prison Prison.

in the county of KINGS State of California. My prison address is: CSATF-II/Corcoran, B1-9-21 P.O. Box 5248 Corcoran, CA 93212-5248

On April 13, 2022
(DATE)

I serve the attached: COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF FOR IMMINENT DANGER FOR INADEQUATE MEDICAL HEALTH NO DOCTOR B-FACILITY CLINIC WHERE NURSE PRACTIONER MISDIAGNOSE AND VALLEY FEVER ORUSIB RETAUBS AFRUCAN ANERUCANS FOR MORBIDITY AND DEATH AND NO MITIGATION OF INHALATION COCCI FUNGUS SPORES

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CLERK OF COURT 450 Golden Gate Avenue San Francisco, CA 94102 | CDCR Secretary, Kathleen Allison Attn: Litigation Coordinator 1515 'S' Street, P.O. Box 942883 Sacramento, CA 94283-0001 | Governor Gavin Newson 1303 10th Street, Suite 1173 Sacramento, CA 95814 |
| OFFICE OF THE ATTORNEY GENERAL Rob Bonta, Attorney General 1300 'I' Street, Suite 125 P.O. Box 944255 Sacramento, CA 94244-2550 | Prison Law Office General Delivery San Quentin, CA 94964-001 | |
| | SWANSON & McNAMMARA, LLP 300 Montgomery Street, Suite 1100 San Francisco, CA 94104 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 13, 2022
(DATE)

*David W. Wilson*
(DECLARANT'S SIGNATURE)

Mailed Pursuant To: Cal Rule C s 8.25 (b) (5); In Re Jordan (Cal. 1992) 13 Cal Rptr 2nd 878, 880.