UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,
    Plaintiff,
    v.
LURA MERITT, et al.,
    Defendants.

Case No. 22-cv-02396-HSG

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at Corcoran Substance Abuse Treatment Facility and State Prison ("CSATF") in Corcoran, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has named as defendants CSATF, certain medical staff at CSATF, and the California Department of Corrections and Rehabilitation. He alleges that Defendants have been deliberately indifferent to his serious medical needs in violation of the Eighth Amendment and have denied him his rights under the Equal Protection Clause with respect to "Cocci/Valley Fever retention." *See generally* Dkt. No. 1. Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Plaintiff and Defendants reside in Corcoran, California or in Sacramento California. The relevant events took place in Corcoran, California. Corcoran is located in Kings County and Sacramento is located in Sacramento County. Both counties lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

//

//

1  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2  § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern
3  District of California.
4  **IT IS SO ORDERED.**
5  Dated: 4/19/2022

      HAYWOOD S. GILLIAM, JR.
      United States District Judge

2