UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LURA MERRITT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00455-BAK (GSA) (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR TO PAY FILING FEE**<br><br>**30-DAY DEADLINE** |

　　　Plaintiff, appearing *pro se*, filed a civil rights complaint in the United States District Court for the Northern District of California on April 18, 2022. (Doc. 1.) The action was transferred to this Court on April 19, 2022. (Doc. 5.)

　　　Plaintiff has not paid the $402 filing fee for this action nor submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915 to this Court. However, the Court notes that, prior to the transfer of this action from the Northern District to the Eastern District, the Clerk of the Court for the Northern District of California issued a notice to Plaintiff on April 18, 2022, informing him his "civil action is deficient because you did not pay the $402 fee and … You did not file an in forma pauperis application." (Doc. 4.) A blank IFP form used in the Northern District was enclosed with the notice and directed Plaintiff to respond within 28 days. (*Id*.)

//

To avoid any confusion, this Court clarifies an IFP application should be submitted to the United States District Court for the Eastern District of California in Fresno, rather than the Northern District, following transfer of this action. The correct case number, as reflected above, is 1:22-cv-00455-BAK (GSA) (PC).

Accordingly, the Court ORDERS Plaintiff, **within 30 days** of the date of service of this order, to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $402 filing fee. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated: **April 26, 2022**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE