UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LURA MERRITT, et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00455-AWI-BAK (GSA) (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR TEMPORARY AND INJUNCTIVE RELIEF**<br><br>(Doc. 17) |

　　　Plaintiff David Wayne Wilson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 19, 2022, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion for temporary and injunctive relief. (Doc. No. 17.) Plaintiff filed objections on August 8, 2022. (Doc. No. 19.)

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 19, 2022 (Doc. No. 17) are ADOPTED in full; and
2. This case is referred back to the assigned magistrate judge for further proceedings as appropriate.

IT IS SO ORDERED.

Dated: __December 2, 2022__                              _____
                                                                                    SENIOR DISTRICT JUDGE