UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LURA MERRITT, et al.,<br><br>  Defendants. | Case No.: 1:22-cv-00455-AWI-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR CLASS CERTIFICATION**<br><br>(Doc. 24) |

Plaintiff David Wayne Wilson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2023, the magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for class certification be denied. (Doc. 24.) Plaintiff was afforded 14 days within which to file objections. (*Id*. at 3-4.) Plaintiff filed his objections on February 1, 2023. (Doc. 25.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

Accordingly, **IT IS ORDERED** that:

1. The findings and recommendations issued on January 23, 2023 (Doc. 24) are ADOPTED IN FULL;
2. Plaintiff's motion for class certification (Doc. 20) is DENIED; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 28, 2023

SENIOR DISTRICT JUDGE