UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>         Plaintiff,<br><br>    v.<br><br>LURA MERRITT, et al.,<br><br>         Defendants. | Case No.: 1:22-cv-00455-JLT-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR PROTECTION ORDER<br><br>(Doc. 31) |

The assigned magistrate judge issued findings and recommendations to deny Plaintiff's "Motion for Protection Order," which the Court construed as a motion for temporary and/or permanent injunctive relief. (Doc. 31.) The Court advised the Plaintiff that any objections were due within 14 days of the date of service (*Id*. at 6) and that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 21, 2023 (Doc. 31) are **ADOPTED** in full.

2. Plaintiff's motion for injunctive relief (Doc. 26) is **DENIED**.

IT IS SO ORDERED.

Dated:  **June 19, 2023**

_____
UNITED STATES DISTRICT JUDGE

2