**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>LURA MERRITT, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00455-JLT-CDB (PC)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT<br><br>(Doc. 43) |

    Plaintiff David Wayne Wilson seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983.

    Plaintiff seeks reconsideration of this Court's Order Adopting Findings and Recommendations to Dismiss Certain Claims and Defendants Following Screening of Plaintiff's First Amended Complaint. (Doc. 43.) He maintains his objections, mailed on December 10, 2023, were not considered by the Court. (*Id*.)

    The Court issued an ***Amended*** Order Adopting Findings and Recommendations to Dismiss Certain Claims and Defendants Following Screening of Plaintiff's First Amended Complaint on December 19, 2023. (Doc. 39.) In the amended order, the Court "reviewed the matter anew, including Plaintiff's objections" and again concluded the findings were supported by the record and proper analysis. (*Id*. at 2.) Therefore, reconsideration of the earlier order is unwarranted because the Court fully considered Plaintiff's objections.

Accordingly, Plaintiff's motion for reconsideration (Doc. 43) is DENIED as moot.

IT IS SO ORDERED.

Dated: __January 2, 2024__

UNITED STATES DISTRICT JUDGE