UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>   Plaintiff,<br><br>   v.<br><br>LURA MERRITT, et al.,<br><br>   Defendants. | Case No.: 1:22-cv-00455-JLT-CDB (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 50) |

Plaintiff David Wayne Wilson is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

Following screening, this action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Fishburn, Merritt and Carlson, First Amendment retaliation claim against Defendant Merritt, and Fourteenth Amendment and state law equal protection claims against Defendant Carlson, in their individual capacities only.

The Court issued its Order Finding Service Appropriate on December 13, 2023. (Doc. 36.) An amended notice of intent to waive service as to Defendants Carlson, Fishburn, and Merritt was filed December 20, 2023. (Doc. 42.) The Waiver of Service of Summons was filed January 18, 2024, requiring an answer or motion under Rule 12 to be served within 60 days. (Doc. 46.)

//

On February 16, 2024, Defendants filed an Ex Parte Application for an Extension of Time to File and Serve a Responsive Pleading. (Doc. 50.) Defendants seek an extension of time to and including March 19, 2024. (*Id*.)

**II.     DISCUSSION**

Defense counsel declares he was assigned this matter on December 29, 2023. (*Id.* at 6, ¶ 2.) Counsel declares that due to the press of business, he has been unable to prepare, file, and serve a responsive pleading. (*Id.*, ¶ 3 [detailing multiple assignments and related filings].) Counsel declares preparing a responsive pleading in this action will require a significant dedication of time given the length of Plaintiff's first amended complaint and its 109 pages of exhibits, which counsel characterizes as often confusing and difficult to follow. (*Id*., ¶ 4.) Counsel further declares a review of Plaintiff's medical records will be necessary to prepare a responsive pleading and that the relevant records from January 2018 to April 2023 total 4,433 pages. (*Id*.) Defense counsel filed the application ex parte because it is difficult to contact Plaintiff to coordinate a stipulation. (*Id*., ¶ 5.) Counsel has not sought a previous extension of the filing deadline and does not believe Plaintiff would be prejudiced by an extension of time. (*Id*., ¶¶ 5-6.)

**III.     CONCLUSION AND ORDER**

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' request for an extension of time within which to file a responsive pleading (Doc. 50) is **GRANTED**; and

2. Defendants **SHALL** file a responsive pleading **no later than March 19, 2024**.

IT IS SO ORDERED.

Dated:   **February 20, 2024**                    _____
UNITED STATES MAGISTRATE JUDGE

2