UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

Plaintiff,

v.

LURA MERRITT, et al.,

Defendants.

Case No.: 1:22-cv-00455-JLT-CDB (PC)

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE REPLY**

(Doc. 66)

Plaintiff David Wayne Wilson is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's constitutional claims against Defendants Fishburn,[1] Merritt and Carlson.

**I. INTRODUCTION**

On May 13, 2024, Defendants filed a motion to revoke Plaintiff's *in forma pauperis* (IFP) status (Doc. 62) and Plaintiff filed an opposition to the motion on May 30, 2024 (Doc. 64).

On June 12, 2024, Defendants filed an ex parte application for an extension of time within which to reply to Plaintiff's opposition. (Doc. 66.)

**II. DISCUSSION**

Defendants seek a 28-day extension of time, to and including July 11, 2024. (Doc. 66 at 3.) They assert Plaintiff's opposition to the motion to revoke IFP is lengthy and "includes

[1] Defendants' answer to Plaintiff's first amended complaint notes "Defendant Correa is sued under the name 'Fishburn.'" (*See* Doc. 53 at 1, n.1.)

extensive factual assertions and legal citations, and is accompanied by a request for judicial notices and twenty-eight pages of exhibits." (*Id*.) Defendants maintain a substantive and thorough response to Plaintiff's opposition will require a significant dedication of time. (*Id*.) Further, defense counsel states his obligations in other assigned matters will preclude him from filing a reply by the current deadline and provides specific information concerning those obligations. (*Id*. at 3-4, 6-7.) Defendants state they do not believe Plaintiff will be prejudiced by the requested extension and have not sought a previous extension of time to file and serve the reply. (*Id*. at 4.)

**III. CONCLUSION AND ORDER**

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' ex parte application for an extension of time within which to file a reply to Plaintiff's opposition to Defendants' motion to revoke IFP status (Doc. 66) is **GRANTED**;
2. Defendants **SHALL** file any reply to Plaintiff's opposition no later than **July 11, 2024**.

IT IS SO ORDERED.

Dated: **June 13, 2024**

UNITED STATES MAGISTRATE JUDGE