UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>   Plaintiff,<br><br>   v.<br><br>LURA MERRITT, et al.,<br><br>   Defendants. | Case No.: 1:22-cv-00455-JLT-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND JOINDER**<br><br>(Doc. 76) |

Plaintiff David Wayne Wilson is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

### I.  INTRODUCTION

Plaintiff filed a document titled "Plaintiff's Notice of Motion and Brief in Support of Motion for Preliminary Injunction and Joiner [sic] of Persons Needed for Just Adjudication" on November 4, 2024. (Doc. 73.)

On November 13, 2024, Defendants filed a Motion to Vacate the Hearing on Plaintiff's Motion for a Preliminary Hearing and Joinder. (Doc. 76.)

### II.  DISCUSSION

Plaintiff's notice purports to set his motion for a hearing on November 19, 2024, before District Judge Jennifer L. Thurston. (Doc. 73 at 1.) Despite Plaintiff's notice, no hearing was

calendared on the motion. Nor has this Court issued any writ allowing for Plaintiff's participation either via videoconferencing or in person.

This Court's Local Rules are clear. In a prisoner civil rights action, "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record *without oral argument unless otherwise ordered by the Court*." Local Rule 230(*l*) (underline in original; italics added). The pending motion does not seek dismissal for a lack of prosecution and this Court has not ordered oral argument on the motion. Plaintiff is encouraged to review the First Informational Order In Prisoner/Civil Detainee Civil Rights Case, issued April 19, 2022, and the section concerning "Hearings" in particular. (*See* Doc. 8 at 5.)

Plaintiff's motion will be decided on the papers. This Court will issue findings and recommendations after briefing is complete and in due course. To the extent Plaintiff sought a hearing on his motion, and although no hearing was calendared, Defendants' motion to vacate such a hearing will be granted.

### III.   CONCLUSION AND ORDER

Accordingly, for the reasons stated above, Defendants' motion to vacate the hearing on Plaintiff's motion for a preliminary hearing and joinder (Doc. 76) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **November 14, 2024**

UNITED STATES MAGISTRATE JUDGE

2