# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,

        Plaintiff,

    v.

LURA MERRITT, et al.,

        Defendants.

Case No.: 1:22-cv-00455 JLT CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT CORREA'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE EXHAUSTION AND TO GRANT IN PART AND DENY IN PART DEFENDANT MERRITT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE EXHAUSTION

(Docs. 90, 101)

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The magistrate judge recommended Defendant Correa's partial motion for summary judgment re exhaustion be denied and Defendant Merritt's partial motion for summary judgment be granted in part and denied in part. (Doc. 101.) The magistrate judge advised the parties that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 29-30, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Defendants filed timely objections. (Doc. 102.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, including Defendants' objections, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 23, 2026 (Doc. 101) are **ADOPTED** in full.

2. Defendants Correa and Merritt's motion for summary judgment is **DENIED in PART and GRANTED in PART**:

   a. **DENIED** as to Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Correa; and

   b. **DENIED in PART and GRANTED in PART** as to Plaintiff's First Amendment retaliation claims against Defendant Merritt:

      i. **DENIED** to the extent SATF HC 2000106 and SATF HC 22001107 exhausted Plaintiff's retaliation claim against Defendant Merritt;

      ii. **GRANTED** to the extent neither SATF HC 220001215 nor SATF HC 23000107, nor any other grievance filed during the relevant period, exhausted Plaintiff's retaliation claims against Defendant Merritt.

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 9, 2026**

_____
UNITED STATES DISTRICT JUDGE