UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LURA MERRITT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00455-JLT-CDB (PC)<br><br>**ORDER LIFTING PARTIAL STAY OF DISCOVERY**<br><br>(Doc. 103)<br><br>**ORDER RESETTING CERTAIN DISCOVERY DEADLINES** |

Plaintiff is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Correa, Merritt and Carlson; (2) First Amendment retaliation claim against Merritt; (3) Fourteenth Amendment equal protection clause violation against Carlson; and (4) state law equal protection clause violation against Carlson.

## I.　　RELEVANT BACKGROUND

On February 4, 2026, the undersigned issued an Order Granting Defendants' Motion for Protective Order and a Partial Stay of Discovery. (Doc. 103.) In its order, the Court determined Defendants were not required to respond to Plaintiff's first set of interrogatories and that discovery between Plaintiff and Defendant Correa was stayed pending disposition of Defendants' partial motion for summary judgment by the assigned district judge. (*Id*. at 8.)

On March 9, 2026, District Judge Jennifer L. Thurston issued her Order Adopting Findings and Recommendations to Deny Defendant Correa's Motion for Partial Summary Judgment re Exhaustion and to Grant in Part and Deny in Part Defendant Merritt's Motion for Partial Summary Judgment. (Doc. 104.)

## II.   DISCUSSION

Given the foregoing, the Court will reset the deadlines for the completion of discovery and the filing of summary judgment motions addressing the merits of Plaintiff's claims.

As concerns discovery, Plaintiff is encouraged to carefully review the Court's order dated February 4, 2026, to ensure any discovery requests comply with the applicable Federal Rules of Civil Procedure. (*See* Doc. 103 at 5-8 [discussion concerning relevance to claims in the action and to the number of permissible interrogatories, including subparts].) Further, the parties are reminded that any discovery dispute requires the parties to informally meet and confer before any discovery motion is filed with the Court. (*Id*. at 8.)

## III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** as follows:

1.  The partial stay on discovery between Plaintiff and Defendant Correa is **LIFTED**;

2.  The Court **SETS** the following discovery deadlines for this action:

    a.  The deadline for the completion of discovery, including motions to compel, is **June 19, 2026**; and

    b.  The deadline for filing dispositive motions concerning the merits of Plaintiff's claims is **August 28, 2026**.

IT IS SO ORDERED.

Dated:   __**March 10, 2026**__          _____

UNITED STATES MAGISTRATE JUDGE