IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID WAYNE WILSON,**

Plaintiff,

**v.**

**L. MERRITT, et al.,**

Defendants.

Case No. 1:22-cv-00455-JLT-CDB (PC)

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

(Doc. 108)

Defendants filed an Ex Parte Application to Modify the Scheduling Order to Extend the Deadline to File Dispositive Motions (Application). Having reviewed the Application and all documents filed in connection with it, and for good cause shown, the Application is **GRANTED**. The deadline to file dispositive motions is extended to October 27, 2026.

IT IS SO ORDERED.

Dated: **August 24, 2026**

UNITED STATES MAGISTRATE JUDGE